IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RIVERA, ET AL.** | MISC. CASE NO. <u>16-mc-54</u> |
| **VERSUS** | JUDGE DOHERTY |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL.** | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, LUIS E. RIVERA

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Janet Robles, as Executrix of the Estate of Luis E. Rivera and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiff, Janet Robles, as Executrix individually and as legal heir to the Estate of Luis E. Rivera, deceased, and Takeda, as notice to the Court on <u>October 25, 2016</u> be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiff participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND

SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this  27th  of  October , 2016.

                HONORABLE PATRICK J. HANNA
                UNITED STATES MAGISTRATE JUDGE