Case 6:16-mc-00054-RFD-PJH   Document 3   Filed 11/15/16   Page 1 of 1 PageID #: 13

**RECEIVED**
NOV 1 5 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANET ROBLES, ET AL. | MISC. CASE NO. 16-mc-54 |
| | RELATED CASE: 13-cv-1828 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Janet Robles, as Executrix, of the Estate of Luis E. Rivera, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE